NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

June 16, 2023

**ERRATA**

---

Appeal No. 21-1924

## UCB, INC., UCB PHARMA GMBH, LTS LOHMANN THERAPIE-SYSTEME AG,
*Plaintiffs-Appellants*

**v.**

## ACTAVIS LABORATORIES UT, INC.,
*Defendant-Appellee*

--------------------------------------------------

Appeal No. 21-2336

## UCB, INC., UCB PHARMA GMBH, LTS LOHMANN THERAPIE-SYSTEME AG,
*Plaintiffs-Appellants*

**v.**

## MYLAN TECHNOLOGIES INC.,
*Defendant-Appellee*

---

Decided:  April 12, 2023
Precedential Opinion

---

Please make the following change to the caption in the opinion and judgment issued April 12, 2023, and the order granting an extension of time issued May 8, 2023:[1]

**UCB, INC., UCB PHARMA GMBH, LTS LOHMANN THERAPIE-SYSTEME AG,**
*Plaintiffs-Appellants*

**v.**

**ACTAVIS LABORATORIES UT, INC.,**
*Defendant-Appellee*

————————————

2021-1924

————————————

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-00474-KAJ, Circuit Judge Kent A. Jordan.

------------------------------------------------

**UCB, INC., UCB PHARMA GMBH, LTS LOHMANN THERAPIE-SYSTEME AG,**
*Plaintiffs-Appellants*

**v.**

**MYLAN TECHNOLOGIES INC.,**
*Defendant-Appellee*

————————————

2021-2336

————————————

Appeal from the United States District Court for the District of Vermont in No. 2:19-cv-00128-cr, Judge Christina Reiss.

---

[1]   The originating tribunal information has been corrected to state that Appeal No. 2021-2336 originated from the United States District Court for the District of Vermont.